**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michael Ackerman, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Western Digital Corporation, Western Digital Technologies, Inc., and SanDisk LLC,<br><br>Defendants. | Case No. 3:23-cv-05938-RFL |

**ORDER**

Pursuant to Plaintiff's and Defendants' Civil Local Rule 6-1(a) Stipulation for Enlargement of Time, Defendants are to answer or otherwise respond to Plaintiff's Complaint on or before February 5, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: January 4, 2024

_____

District Judge Rita F. Lin